986 A.2d 47

**HARLEYSVILLE MUTUAL INSURANCE COMPANY, Petitioner**

v.

**RITE AID CORPORATION and Rite Aid of Pennsylvania, Inc., Respondent.**

**No. 121 EM 2009.**

Supreme Court of Pennsylvania.

Dec. 16, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of December, 2009, the Petition for Allowance of Appeal, deemed an Application for Relief Pursuant to Pa.R.A.P. 123, is **GRANTED,** the order below is **VACATED,** and this matter is **REMANDED** to the Superior Court to reconsider its order. In its reconsideration, the Superior Court is directed to consider and apply *Pennsylvania Bankers Ass'n v. Pennsylvania Dept. of Banking*, 597 Pa. 1, 948 A.2d 790 (2008), *Nationwide Mut. Ins. Co. v. Wickett*, 563 Pa. 595, 763 A.2d 813 (2000), *General Accident Ins. Co. of America v. Allen*, 547 Pa. 693, 692 A.2d 1089 (1997), and any other applicable decisions of this Court cited by the parties. The Motion for Leave to File Reply Memorandum of Law is **DENIED,**